IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAM EDWARD THURMOND, SR.  PLAINTIFF
ADC# 127149

v.  CASE NO. 4:17-CV-00222 BSM

TIM RYALS, et al.  DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 7] submitted by United States Magistrate Judge Jerome T. Kearney have been received. No objections have been filed. After careful consideration, the proposed findings and recommendations are adopted in their entirety. Accordingly, defendant Faulkner County is dismissed for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED this 13th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE